```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


IN RE:                          )     CASE NO: 05-53692-399
                                )
BRUCE NEUMAN                    )
                                )     CHAPTER 13
DEBBIE NEUMAN                   )
                                )
              DEBTOR(S)         )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                  WHICH ARE ENTITLED TO PAYMENT

     COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES
LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011.  THE FOLLOWING IS A
LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS
WHICH  THEY  ARE  ENTITLED  TO BE PAID FROM REMAINING PROPERTY OF THE
ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION
347(A):


GREAT SENECA/DIRECT MERCHANT
702 KING FARM BLVD              $           283.16
2 IRVINGTON CTR/WOLPOFF&ABRAMS
ROCKVILLE MD
234635              20850-5775



                                /s/ John V. LaBarge, Jr.
                                -----------------------------------
DATE: August 31, 2009           JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
XC -091                         (314) 781-8100   trust33@ch13stl.com
```